UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTHONY ALVAREZ CRUZ,

    Plaintiff(s)

    v.                                 Civ. No. 96-1836(PG)

UNITED STATES OF AMERICA,

    Defendant(s)

RECEIVED & FILED
99 OCT 29 PM 2:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket #16 - Motion for Certificate of Appealability | Denied |

Date: October 28, 1999.

                                JUAN M. PEREZ-GIMENEZ
                                U.S. District Judge

AUSA
To: Appeals Clerk

(17)